# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01000-RM-CBS

MITCH SHEPPARD, individually and on behalf of all persons similarly situated,

    Plaintiff,

v.

WEATHERFORD INTERNATIONAL, LLC F/K/A WEATHERFORD INTERNATIONAL, INC., and PRECISION ENERGY SERVICES, INC.,

    Defendants.

---

## ORDER APPROVING THE PROPOSED NOTICE
## OF COLLECTIVE ACTION LAWSUIT AND OPT-IN CONSENT FORM

Came on this day for consideration Plaintiff Mitch Sheppard and Defendants Weatherford International, LLC f/k/a Weatherford International, Inc. and Precision Energy Services, Inc.'s (collectively, the "Parties") Agreed Motion to Approve Proposed Notice of Collective Action Lawsuit and Opt-In Consent Form. The Court has reviewed the Parties' proposed Notice of Collective Action Lawsuit ("Notice") and proposed Opt-In Consent Form ("Consent") and is of the opinion that both the Notice and the Consent should be APPROVED.

It is therefore ORDERED that the Parties' proposed Notice and Consent are hereby approved.

SIGNED this 21st day of October 2014.

_____
~~Honorable Raymond P. Moore~~
~~United States District Judge~~
Craig B. Shaffer
United States Magistrate Judge