IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01000-RM-CBS

MITCH SHEPPARD, MELISSA S. LOFTON, MANUEL MENDOZA, WILLIAM P. DELAMERE and VINCENT PEREZ, individually and on behalf of all persons similarly situated,

   Plaintiffs,
v.

WEATHERFORD INTERNATIONAL, LLC F/K/A WEATHERFORD INTERNATIONAL, INC., and PRECISION ENERGY SERVICES, INC.,

   Defendants.

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs Mitch Sheppard, Melissa S. Lofton, Manuel Mendoza, William P. Delamere, and Vincent Perez (collectively, "Plaintiffs") and Defendants Weatherford International, LLC f/k/a Weatherford International, Inc. ("Weatherford") and Precision Energy Services, Inc. ("Precision") (together, "Defendants") (collectively the "Parties"), through their undersigned counsel, respectfully request that the Court stay all proceedings and discovery in the above-captioned action pending mediation. In support of this motion, the Parties state as follows:

  1. The Parties have met and conferred and are currently working to calendar mediation in August to address the instant matter along with six other FLSA cases pending in the United States District Court for the Southern District of Texas, each involving claims for overtime compensation against Defendant Weatherford International, LLC: *Niemeyer v. Weatherford International, LLC*, 4:14-cv-03068 (Directional Drillers); *Keller v. Weatherford International, LLC*, 2:14-cv-01615 (Directional Drillers & Completion Field Engineers); *King v. Weatherford International, LLC*, 4:14-cv-03584 (Field Supervisors Well Testing Division);

*Sanford v. Weatherford International, LLC*, 4:15-cv-00475 (Field Sand Coordinators); *Carpenter v. Weatherford International, LLC*, 4:15-cv-00813 (Field Specialists Case-Holed Division); *Daniels v. Weatherford International, LLC*, 4:15-cv-00935 (Field Specialists Drilling Hazard Mitigation Division).

2. To accommodate the Parties' settlement discussions, the Parties agree that the case shall be stayed pending the outcome of the Parties' mediation efforts.

3. Accordingly, the Parties respectfully request that the Court stay all proceedings and discovery in this matter, including, but not limited to, ruling on Defendants' pending Motion to Decline the Exercise of Supplemental Jurisdiction Over, and Dismiss Without Prejudice, Plaintiffs' State Law Claims.  (ECF No. 61.)

4. Within five (5) business days following the Parties' mediation, the Parties shall file a joint report apprising the Court as to the status of their settlement discussions and the outcome of their mediation.

Date:   June 3, 2015                                             Respectfully submitted,

/s  Stephanie R. Moll                     /s Shanon J. Carson
Stefanie R. Moll                          Shanon J. Carson
T. Cullen Wallace                         Sarah R. Schalman-Bergen
MORGAN, LEWIS & BOCKIUS LLP               Alexandra L. Koropey
1000 Louisiana Street, Suite 4000         BERGER & MONTAGUE, P.C.
Houston, TX 77002                         1622 Locust Street
Telephone: 713.890.5000                   Philadelphia, PA  19103
Facsimile: 713.890.5001                   Telephone: (215) 875-3000
smoll@morganlewis.com                     Facsimile: (215) 875-4604
twallace@morganlewis.com                  scarson@bm.net
                                          sschalman-bergen@bm.net
*Attorneys for Defendants*                akoropey@bm.net

                                          Michael A. Josephson
                                          FIBICH, LEEBRON, COPELAND

BRIGGS & JOSEPHSON
1150 Bissonnet St.
Houston, Texas 77005
Telephone: (713) 751-0025
Facsimile: (713) 751-0030
mjosephson@fibichlaw.com

Steven L. Woodrow
WOODROW & PELUSO, LLC
2900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
Email: swoodrow@woodrowpeluso.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2015, I electronically filed the foregoing Joint Motion to Stay Proceedings with the Clerk of the Court using the CM/ECF system, which is available for viewing and download.

/s Shanon J. Carson
Shanon J. Carson