**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 14–cv–01000–RM–CBS

MITCH SHEPPARD,
MELISSA S. LOFTON,
MANUEL MENDOZA,
WILLIAM P. DELAMERE, and
VINCENT PEREZ, individually and on behalf of all persons similarly situated,

    Plaintiffs,

v.

WEATHERFORD INTERNATIONAL, LLC F/K/A WEATHERFORD INTERNATIONAL, INC., and
PRECISION ENERGY SERVICES, INC.,

    Defendants.

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Proceedings. (ECF No. 69.) The parties request that the Court "stay all proceedings and discovery" in this matter pending mediation. (ECF No. 69 at 1.) The Court has been fully advised of the premises of this request. (*See* ECF No. 69.)

Based on the foregoing, the Court:

(1)    GRANTS, in part, the parties' Joint Motion to Stay Proceedings (ECF No. 69);

(2)    DENIES WITHOUT PREJUDICE AND GRANTS LEAVE TO REFILE Defendants' motion to dismiss (ECF No. 61);

(3)    STAYS all proceedings and discovery in this matter;

(4)   ORDERS the parties to file a joint-status report within five days following the parties' intended mediation; and

(5)   ORDERS the parties, in the event that the parties fail to hold the intended mediation in August 2015 (*see* ECF No. 61 at 1), to file a joint-status report no later than September 14, 2015.

DATED this 4th day of June, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge