IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01000-RM-CBS

MITCH SHEPPARD,
MELISSA S. LOFTON,
MANUEL MENDOZA,
WILLIAM P. DELAMERE and
VINCENT PEREZ, individually and on behalf of all persons similarly situated,

        Plaintiffs,
v.

WEATHERFORD INTERNATIONAL, LLC F/K/A WEATHERFORD INTERNATIONAL, INC., and
PRECISION ENERGY SERVICES, INC.,

        Defendants.
_____

**ORDER GRANTING REQUEST FOR EXTENSION OF STAY**
_____

Upon consideration of the Parties' Joint Status Report and Request for Extension of Stay (ECF No. 77), and upon good cause shown, it is ORDERED that all proceedings in this case are stayed through December 10, 2015.

The Parties shall file a joint status report regarding mediation and settlement on or before December 10, 2015.

DATED this 16th day of September, 2015.

                                                         BY THE COURT:

                                                         RAYMOND P. MOORE
                                                         United States District Judge