# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 14-cv-01000-RM-CBS

MITCH SHEPPARD, MELISSA S. LOFTON, MANUEL MENDOZA, WILLIAM P. DELAMERE and VINCENT PEREZ, individually and on behalf of all persons similarly situated,

        Plaintiffs,

v.

WEATHERFORD INTERNATIONAL, LLC F/K/A WEATHERFORD INTERNATIONAL, INC., and PRECISION ENERGY SERVICES, INC.,

        Defendants.

_____

## ORDER GRANTING REQUEST FOR EXTENSION OF STAY
_____

Upon consideration of the Parties' Joint Status Report and Request for Extension of Stay (ECF No. 83), and upon good cause shown, it is ORDERED that all proceedings in this case are stayed through January 29, 2016.

The Parties shall file a joint status report regarding mediation and settlement on or before January 29, 2016.

DATED this 10th day of December, 2015.

                                              BY THE COURT:

                                              _____
                                              RAYMOND P. MOORE
                                              United States District Judge