IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-01000-RM-CBS

MITCH SHEPPARD, MELISSA S. LOFTON, MANUEL MENDOZA, WILLIAM P. DELAMERE and VINCENT PEREZ, individually and on behalf of all persons similarly situated,

      **Plaintiffs,**

v.

WEATHERFORD INTERNATIONAL, LLC F/K/A WEATHERFORD INTERNATIONAL, INC., and PRECISION ENERGY SERVICES, INC.,

      **Defendants.**

_____

**ORDER GRANTING REQUEST FOR EXTENSION OF STAY**
_____

Upon consideration of the Parties' Joint Status Report and Request for Extension of Stay (ECF No. 89), and upon good cause shown, it is ORDERED that all proceedings in this case are stayed through March 15, 2016.

The Parties shall file a joint status report regarding mediation and settlement on or before March 15, 2016.

DATED this 29th day of January, 2016.

                                                BY THE COURT:

                                                _____

                                                RAYMOND P. MOORE
                                                United States District Judge