# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 14-cv-01000-RM-CBS

MITCH SHEPPARD, MELISSA S. LOFTON, MANUEL MENDOZA, WILLIAM P. DELAMERE and VINCENT PEREZ, individually and on behalf of all persons similarly situated,

    **Plaintiffs,**

v.

WEATHERFORD INTERNATIONAL, LLC F/K/A WEATHERFORD INTERNATIONAL, INC., and PRECISION ENERGY SERVICES, INC.,

    **Defendants.**

_____

## ORDER GRANTING REQUEST FOR EXTENSION OF STAY
_____

Upon consideration of the Parties' Joint Status Report and Request for Extension of Stay (ECF No. 95), and upon good cause shown, it is ORDERED that all proceedings in this case are stayed through April 15, 2016.

The Parties shall file a joint status report regarding mediation and settlement on or before April 15, 2016.

DATED this 15th day of March, 2016.

                                                        BY THE COURT:

                                                        _____
                                                        RAYMOND P. MOORE
                                                        United States District Judge