IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-01000-RM-CBS

MITCH SHEPPARD, MELISSA S. LOFTON, MANUEL MENDOZA, WILLIAM P. DELAMERE and VINCENT PEREZ, individually and on behalf of all persons similarly situated,

      Plaintiffs,

v.

WEATHERFORD INTERNATIONAL, LLC F/K/A WEATHERFORD INTERNATIONAL, INC., and PRECISION ENERGY SERVICES, INC.,

      Defendants.

_____

**ORDER GRANTING REQUEST FOR EXTENSION OF STAY**
_____

Upon consideration of the Parties' Joint Status Report and Request for Extension of Stay (ECF No. 97) and the Joint Status Report (ECF No. 99), and upon good cause shown, it is ORDERED that all proceedings in this case are stayed through **May 1, 2016**.

At that juncture, the Court anticipates the Parties filing a motion to transfer this case (*see id*. at 2), and thus, the stay will no longer be necessary. If that does not transpire, then the Court will be open to extending the stay once again.

DATED this 21st day of April, 2016.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge