# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01000-RM-CBS

MITCH SHEPPARD, MELISSA S. LOFTON, MANUEL MENDOZA, WILLIAM P. DELAMERE and VINCENT PEREZ, individually and on behalf of all persons similarly situated,

        Plaintiffs,

v.

WEATHERFORD INTERNATIONAL, LLC F/K/A WEATHERFORD INTERNATIONAL, INC., and PRECISION ENERGY SERVICES, INC.,

        Defendants.

## JOINT MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)

Plaintiffs Mitch Sheppard, Melissa S. Lofton, Manuel Mendoza, William P. Delamere, and Vincent Perez (collectively, "Plaintiffs") and Defendants Weatherford International, LLC f/k/a Weatherford International, Inc. ("Weatherford") and Precision Energy Services, Inc. ("Precision") (together, "Defendants") (collectively the "Parties"), through their undersigned counsel, respectfully file this Joint Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and in support thereof state as follows:

1. The Parties have reached a settlement in principle that encompasses this action and eight other Fair Labor Standards Act cases that are currently pending in the United States District Court for the Southern District of Texas (Houston Division), each involving claims for overtime compensation against Defendant Weatherford International, LLC. These actions include *Romanick v. Weatherford International,* LLC, 4:14-cv-02968 (Data Engineers and Mud Loggers); *Niemeyer v. Weatherford International, LLC*, 4:14-cv-03068 (Directional Drillers); *Keller v. Weatherford International, LLC*, 2:14-cv-01615 (Directional Drillers & Completion

Field Engineers); *King v. Weatherford International, LLC*, 4:14-cv-03584 (Field Supervisors, Well Testing Division); *Sanford v. Weatherford International, LLC*, 4:15-cv-00475 (Field Sand Coordinators); *Carpenter v. Weatherford International, LLC*, 4:15-cv-00813 (Field Specialists Case-Hole Division); *Daniels v. Weatherford International, LLC*, 4:15-cv-00935 (Field Specialists, Drilling Hazard Mitigation Division); *Esquivel v. Weatherford International, LLC*., No. 4:15-cv-02971 (Case-Hole Completions Field Specialists).

2. The eight cases pending in the Southern District of Texas are collectively referred to as the "Weatherford Wage Litigation" and will be consolidated through the *Niemeyer* action, No. 4:14-cv-03068-SM (S.D. Tex.).

3. As part of the settlement, the Parties have agreed to transfer this action to the United States District Court for the Southern District of Texas (Houston Division) and consolidate it with the Weatherford Wage Litigation for purposes of presenting a consolidated settlement to the district court for approval.

4. While venue is proper in this Court, venue would also be proper in the Southern District of Texas, because Weatherford is headquartered and routinely conducts business in the Southern District of Texas, and a substantial part of the events giving rise to Plaintiffs' claims occurred in that district.

5. Transfer of this action to the Southern District of Texas, and relating this action with the Weatherford Wage Litigation will conserve judicial and private resources, promote efficiency, is in the interest of justice, and avoids the risks of inconsistent or conflicting rulings.

6. Accordingly, the Parties respectfully request that this action be transferred to the United States District Court for the Southern District of Texas (Houston Division) pursuant to 28

U.S.C. § 1404(a) and consolidated with the action currently captioned *Niemeyer v. Weatherford International, LLC*, No. 4:14-cv-03068-SM (S.D. Tex.). A proposed order is attached for the Court's convenience.

Date:   April 26, 2016                                                Respectfully submitted,

/s David B. Jordan                                                    /s Shanon J. Carson
David B. Jordan                                                       Shanon J. Carson
LITTLER MENDELSON, P.C.                                               Sarah R. Schalman-Bergen
1301 McKinney, Suite 1900                                             Alexandra K. Piazza
Houston, Texas 77010                                                  BERGER & MONTAGUE, P.C.
713.951.9400 (Telephone)                                              1622 Locust Street
713.951.9212 (Facsimile)                                              Philadelphia, PA  19103
djordan@littler.com                                                   Telephone: (215) 875-3000
                                                                      Facsimile: (215) 875-4604
*Attorneys for Defendants*                                            scarson@bm.net
                                                                      sschalman-bergen@bm.net
                                                                      apiazza@bm.net

                                                                      Michael A. Josephson
                                                                      FIBICH, LEEBRON, COPELAND
                                                                      BRIGGS & JOSEPHSON
                                                                      1150 Bissonnet St.
                                                                      Houston, Texas 77005
                                                                      Telephone: (713) 751-0025
                                                                      mjosephson@fibichlaw.com

                                                                      Richard J. (Rex) Burch
                                                                      BRUCKNER BURCH, P.L.L.C.
                                                                      8 Greenway Plaza, Suite 1500
                                                                      Houston, Texas 77046
                                                                      Tel: (713) 877-8788
                                                                      rburch@brucknerburch.com

                                                                      Steven L. Woodrow
                                                                      WOODROW & PELUSO, LLC
                                                                      2900 E. Mexico Ave., Suite 300
                                                                      Denver, CO 80210
                                                                      Telephone: (720) 213-0675
                                                                      swoodrow@woodrowpeluso.com

                                                                      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2016, I electronically filed the foregoing Joint Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) with the Clerk of the Court using the CM/ECF system, which is available for viewing and download.

/s  Shanon J. Carson
    Shanon J. Carson